**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

MICHAEL J. GREEN,                       :

    Petitioner,                        :

vs.                                      :        CA 13-0293-WS-C

STATE OF ALABAMA, et al.,                :

    Respondents.

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 11, 2013, is **ADOPTED** as the opinion of this Court.

**DONE** this 24th day of June, 2013.

<u>**s/WILLIAM H. STEELE**</u>
**CHIEF UNITED STATES DISTRICT JUDGE**