IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. GREEN, | : | |
| Petitioner, | : | |
| vs. | : | CA 13-0293-WS-C |
| STATE OF ALABAMA, et al., | : | |
| Respondents. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Michael J. Green's petition for writ of habeas corpus be dismissed for lack of jurisdiction in accordance with 28 U.S.C. § 2254(a). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 24th day of June, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**